UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOHN MACIAS,

                     Plaintiff,

      - against -

BARRIER FREE LIVING, INC.,

                    Defendant.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __4/13/2017__

**RESCHEDULING NOTICE**

16 Civ. 1735 (ER)

      The joint pre-motion and case management conference scheduled for April 27, 2017, **is hereby rescheduled until April 25, 2017, at 10:30 am** in Courtroom 110 before the Hon. Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

                                                                   S/ Jazmin Rivera
                                                             Jazmin Rivera, Courtroom Deputy

Dated: New York, New York
       April 13, 2017